Same case below, 395 Fed. Appx. 383.

Same case below, 398 Fed. Appx. 976.

**No. 10-8853. Robert Earl Jones, Petitioner v. Nevada.**

563 U.S. 940, 131 S. Ct. 2104, 179 L. Ed. 2d 899, 2011 U.S. LEXIS 3182.

April 18, 2011. Petition for writ of certiorari to the Supreme Court of Nevada denied.

Same case below, 126 Nev. 728.

**No. 10-8857. Hugo Perez-Mendez, Petitioner v. Steve Franke, Superintendent, Two Rivers Correctional Institution.**

563 U.S. 940, 131 S. Ct. 2100, 179 L. Ed. 2d 899, 2011 U.S. LEXIS 3038.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-8862. Arthur D. Jackson, Petitioner v. Superior Court of California, Los Angeles County, et al.**

563 U.S. 940, 131 S. Ct. 2101, 179 L. Ed. 2d 899, 2011 U.S. LEXIS 3085.

April 18, 2011. Petition for writ of certiorari to the Court of Appeal of California, Second Appellate District, denied.

**No. 10-8867. Jerry D. Widner, Petitioner v. Alexandra Aguilar, et al.**

563 U.S. 940, 131 S. Ct. 2101, 179 L. Ed. 2d 899, 2011 U.S. LEXIS 3074.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-8870. Bob Ketchum, Petitioner v. Pueblo Police Department, et al.**

563 U.S. 940, 131 S. Ct. 2101, 179 L. Ed. 2d 899, 2011 U.S. LEXIS 3028.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

**No. 10-8875. William Dewayne Savell, Petitioner v. Mississippi.**

563 U.S. 940, 131 S. Ct. 2143, 179 L. Ed. 2d 899, 2011 U.S. LEXIS 3056.

April 18, 2011. Petition for writ of certiorari to the Supreme Court of Mississippi denied.

**No. 10-8879. Adevies Lane, Petitioner v. Illinois.**

563 U.S. 941, 131 S. Ct. 2101, 179 L. Ed. 2d 899, 2011 U.S. LEXIS 3039.

April 18, 2011. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied.

Same case below, 399 Ill. App. 3d 1221, 371 Ill. Dec. 742, 990 N.E.2d 930.

**No. 10-8880. Gregory T. Redmond, Petitioner v. Southeastern Pennsylvania Transportation Authority.**

563 U.S. 941, 131 S. Ct. 2101, 179 L. Ed. 2d 899, 2011 U.S. LEXIS 3010.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.